**MICHAEL N. FEUER**, City Attorney (111529x)
**THOMAS H. PETERS**, Chief Assistant City Attorney
**CORY M. BRENTE**, Supervising City Attorney
**GEOFFREY PLOWDEN**, Deputy City Attorney - (SBN 146602)
200 No. Main Street
6th Floor City Hall East
Los Angeles, CA 90012
email: geoffrey.plowden@lacity.org
Phone: (213) 978-7038  Fax No. (213) 978-8785

Attorneys for Defendant CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LUIS VALENZUELA, an individual;<br>JAMES NICHOLS, an individual;<br>THE CITY OF LOS ANGELES, a municipality,<br><br>Defendants. | CASE NO. CV16-02085 CAS (AGR)<br><br>**ANSWER OF DEFENDANT CITY OF LOS ANGELES; DEMAND FOR JURY TRIAL** |

Defendant CITY OF LOS ANGELES answering Plaintiff's Complaint for itself and for no other parties, admits, denies and alleges as follows:

1. Answering paragraph 1, Defendant denies the allegations contained therein.

2. Answering paragraph 2, Defendant denies the allegations contained therein.

\\\\

3. Answering paragraph 3, Defendant denies the allegations contained therein.

4. Answering paragraph 4, Defendant denies the allegations contained therein.

5. Answering paragraph 5, Defendant denies the allegations contained therein.

6. Answering paragraph 6, Defendant denies the allegations contained therein.

7. Answering paragraph 7, Defendant denies the allegations contained therein.

8. Answering paragraph 8, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

9. Answering paragraph 9, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

10. Answering paragraph 10, Defendant denies the allegations contained therein.

11. Answering paragraph 11, Defendant denies the allegations contained therein.

12. Answering paragraph 12, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

13. Answering paragraph 13, Defendant denies the allegations contained therein.

14. Answering paragraph 14, Defendant denies the allegations contained therein.

\\\\

15. Answering paragraph 15, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

16. Answering paragraph 16, Defendant denies the allegations contained therein.

17. Answering paragraph 17, Defendant denies the allegations contained therein.

18. Answering paragraph 18, Defendant denies the allegations contained therein.

19. Answering paragraph 19, Defendant denies the allegations contained therein.

20. Answering paragraph 20, Defendant denies the allegations contained therein.

21. Answering paragraph 21, Defendant denies the allegations contained therein.

22. Answering paragraph 22, Defendant denies the allegations contained therein.

23. Answering paragraph 23, Defendant denies the allegations contained therein.

24. Answering paragraph 24, Defendant denies the allegations contained therein.

25. Answering paragraph 25, Defendant denies the allegations contained therein.

26. Answering paragraph 26, Defendant denies the allegations contained therein.

27. Answering paragraph 27, Defendant denies the allegations contained therein.

28. Answering paragraph 28, Defendant denies the allegations contained therein.

29. Answering paragraph 29, Defendant denies the allegations contained therein.

30. Answering paragraph 30, Defendant denies the allegations contained therein.

31. Answering paragraph 31, Defendant denies the allegations contained therein.

32. Answering paragraph 32, Defendant denies the allegations contained therein.

33. Answering paragraph 33, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

34. Answering paragraph 34, Defendant denies the allegations contained therein.

35. Answering paragraph 35, Defendant denies the allegations contained therein.

36. Answering paragraph 36, Defendant denies the allegations contained therein.

37. Answering paragraph 37, Defendant denies the allegations contained therein.

38. Answering paragraph 38, Defendant denies the allegations contained therein.

39. Answering paragraph 39, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

40. Answering paragraph 40, Defendant denies the allegations contained therein.

41. Answering paragraph 41, Defendant denies the allegations contained therein.

42. Answering paragraph 42, Defendant denies the allegations contained therein.

43. Answering paragraph 43, Defendant denies the allegations contained therein.

44. Answering paragraph 44, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

45. Answering paragraph 45, Defendant denies the allegations contained therein.

46. Answering paragraph 46, Defendant denies the allegations contained therein.

47. Answering paragraph 47, Defendant denies the allegations contained therein.

48. Answering paragraph 48, Defendant denies the allegations contained therein.

49. Answering paragraph 49, Defendant denies the allegations contained therein.

50. Answering paragraph 50, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

51. Answering paragraph 51, Defendant denies the allegations contained therein.

52. Answering paragraph 52, Defendant denies the allegations contained therein.

53. Answering paragraph 53, Defendant denies the allegations contained therein.

54. Answering paragraph 54, Defendant denies the allegations contained therein.

55. Answering paragraph 55, Defendant denies the allegations contained therein.

56. Answering paragraph 56, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

57. Answering paragraph 57, Defendant denies the allegations contained therein.

58. Answering paragraph 58, Defendant denies the allegations contained therein.

59. Answering paragraph 59, Defendant denies the allegations contained therein.

60. Answering paragraph 60, Defendant denies the allegations contained therein.

61. Answering paragraph 61, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

62. Answering paragraph 62, Defendant denies the allegations contained therein.

63. Answering paragraph 63, Defendant denies the allegations contained therein.

64. Answering paragraph 64, Defendant denies the allegations contained therein.

65. Answering paragraph 65, Defendant denies the allegations contained therein.

\\\\
\\\\

66. Answering paragraph 66, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

67. Answering paragraph 67, Defendant denies the allegations contained therein.

68. Answering paragraph 68, Defendant denies the allegations contained therein.

69. Answering paragraph 69, Defendant denies the allegations contained therein.

70. Answering paragraph 70, Defendant denies the allegations contained therein.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendant alleges each of the following:

1. The claims are barred by the statute of limitations set forth in California Code of Civil Procedure § 340(3).

2. The state claims are barred for Plaintiff's failure to comply with the provisions of the California Tort Claims Act, Government Code § 910 et seq.

3. The action is barred for lack of standing to sue.

4. The action is barred by the doctrine of res judicata.

5. Defendant's actions are privileged pursuant to Civil Code § 47.

6. Plaintiff failed to mitigate his/her damages.

7. Defendant City of Los Angeles and all Defendants sued in their official capacities are immune from the imposition of punitive damages.

8. Defendant is immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

\\\\

Government Code §§815.2; 818; 818.8; 820.2; 820.8; 821.6; 822.2; 845; 845.2 and 846.

Penal Code §§836.5 and 847.

## DEMAND FOR JURY TRIAL

Defendant hereby demands and requests a trial by jury in this matter.

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiff take nothing by this action;
2. That the action be dismissed;
3. That Defendant be awarded costs of suit;
4. That Defendant be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

DATED: June 9, 2016

**MICHAEL N. FEUER**, City Attorney
**THOMAS H. PETERS**, Chief Assistant City Attorney
**CORY M. BRENTE**, Supv. Assistant City Attorney

By: /s/ *Geoffrey Plowden*
    **GEOFFREY PLOWDEN,** Deputy City Attorney

Attorneys for Defendant CITY OF LOS ANGELES