LUIS VALENZUELA
Booking No. 45822286
Men's Central Jail
441 Bauchet Street
Los Angeles, CA 90012
BLK 7000/7019
Defendant Pro Se

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS VALENZUELA, an individual; JAMES NICHOLS, an individual; THE CITY OF LOS ANGELES, a municipality,<br><br>Defendants. | Case No.: CV 16-2085-CAS (AGRx)<br><br>(Hon. Christina A. Snyder – Courtroom 5)<br><br>**ANSWER OF DEFENDANT LUIS VALENZUELA TO PLAINTIFF'S COMPLAINT**<br><br>**REQUEST FOR JURY TRIAL** |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

COMES NOW Defendant LUIS VALENZUELA (referred to as "Defendant") by and through his attorney of record, answering Plaintiff's Complaint and admits, denies and alleges on behalf of himself and himself only, as follows:

///

-1-

1. As to paragraph 1 of the Complaint, Defendant denies the allegations contained therein.

2. As to paragraph 2 of the Complaint, Defendant denies the allegations contained therein.

3. As to paragraph 3 of the Complaint, Defendant denies the allegations contained therein.

4. As to paragraph 4 of the Complaint, Defendant denies the allegations contained therein.

5. As to paragraph 5 of the Complaint, Defendant denies the allegations contained therein.

6. As to paragraph 6 of the Complaint, Defendant admits he was arrested and so charged.

7. As to paragraph 7 of the Complaint, Defendant admits he was so charged.

8. As to paragraph 8 of the Complaint, Defendant lacks sufficient knowledge to form a belief as to the truth of the matter asserted and on that basis denies it.

9. As to paragraph 9 of the Complaint, Defendant admits the allegations contained therein.

10. As to paragraph 10 of the Complaint, Defendant admits the allegations contained in the first sentence, but denies the remainder because it requires legal conclusions.

11. As to paragraph 11 of the Complaint, Defendant admits the allegations contained therein.

12. As to paragraph 12 of the Complaint, Defendant admits the allegations contain therein.

13. As to paragraph 13 of the Complaint, Defendant admits the allegations contained therein.

14. As to paragraph 14 of the Complaint, Defendant lacks sufficient knowledge to form a belief as to the truth of the matter asserted and on that basis denies it.

15. As to paragraph 15 of the Complaint, Defendant lacks sufficient knowledge to form a belief as to the truth of the matter asserted and on that basis denies it.

16. As to paragraph 16 of the Complaint, Defendant admits the allegations contained therein.

17. As to paragraph 17 of the Complaint, Defendant admits the allegations contained therein.

18. As to paragraph 18 of the Complaint, Defendant admits he attempted to recruit plaintiff as a confidential informant. Defendant denies the remaining allegations based on lack of memory as to the specific content of any conversation.

19. As to paragraph 19 of the Complaint, Defendant denies the allegations contained therein. He is unclear as to the identity of "the other female" and denies allegations related to her.

20. As to paragraph 20 of the Complaint, Defendant denies the allegations contained therein.

21. As to paragraph 21 of the Complaint, Defendant denies on the basis that the allegations contained therein do not apply to this Defendant.

22. As to paragraph 22 of the alleged Complaint, Defendant denies making the alleged threat and having the conversation with the Plaintiff.

23. As to paragraph 23 of the Complaint, Defendant lacks sufficient knowledge to form a belief as to the truth of the matter asserted and on that basis denies it.

24. As to paragraph 24 of the Complaint, Defendant denies the allegations contained therein.

25. As to paragraph 25 of the Complaint, Defendant lacks sufficient knowledge to form a belief as to the truth of the matter asserted and on that basis denies it.

26. As to paragraph 26 of the Complaint, Defendant lacks sufficient knowledge to form a belief as to the truth of the matter asserted and on that basis denies it.

27. As to paragraph 27 of the Complaint, Defendant lacks sufficient knowledge to form a belief as to the truth of the matter asserted and on that basis denies it except defendant admits he was charged with multiple felonies.

28. As to paragraph 28 of the Complaint, Defendant lacks sufficient knowledge to form a belief as to the truth of the matter asserted and on that basis denies it.

29. As to paragraph 29 of the Complaint, Defendant denies the allegations contained therein.

30. As to paragraph 30 of the Complaint, Defendant lacks sufficient knowledge to form a belief as to the truth of the matter asserted and on that basis denies it.

31. As to paragraph 31 of the Complaint, Defendant denies the allegations contained therein.

32. As to paragraph 32 of the Complaint, Defendant denies the allegations contained therein.

33. As to paragraph 33 of the Complaint, Defendant admits and denies the allegations referred to and incorporates therein the same manner as originally admitted and denied.

34. As to paragraph 34 of the Complaint, Defendant denies the allegations contained therein.

35. As to paragraph 35 of the Complaint, Defendant lacks sufficient knowledge to form a belief as to the truth of the matter asserted and on that basis denies it.

36. As to paragraph 36 of the Complaint, Defendant denies the allegations contained therein.

37. As to paragraph 37 of the Complaint, Defendant denies committing the acts alleged and further on the basis that the paragraph requires legal conclusions.

38. As to paragraph 38 of the Complaint, Defendant denies the allegations contained therein.

39. As to paragraph 39 of the Complaint, Defendant admits and denies the allegations referred to and incorporates therein the same manner as originally admitted and denied.

40. As to paragraph 40 of the Complaint, Defendant denies the allegations contained therein.

41. As to paragraph 41 of the Complaint, Defendant denies, the allegations contained therein.

42. As to paragraph 42 of the Complaint, Defendant denies committing the acts alleged and further on the basis that the paragraph requires legal conclusions.

43. As to paragraph 43 of the Complaint, Defendant denies the allegations contained therein.

44. As to paragraph 44 of the Complaint, Defendant admits and denies the allegations referred to and incorporates therein the same manner as originally admitted and denied.

45. As to paragraph 45 of the Complaint, Defendant denies the allegations contained therein.

46. As to paragraph 46 of the Complaint, Defendant denies the allegations contained therein.

47. As to paragraph 47 of the Complaint, Defendant denies the allegations contained therein.

48. As to paragraph 48 of the Complaint, Defendant denies committing the acts alleged and further on the basis that the paragraph requires legal conclusions.

49. As to paragraph 49 of the Complaint, Defendant denies the allegations contained therein.

50. As to paragraph 50 of the Complaint, Defendant admits and denies the allegations referred to and incorporates therein the same manner as originally admitted and denied.

51. As to paragraph 51 of the Complaint, Defendant denies the allegations contained therein on the basis that they do not refer to this Defendant.

52. As to paragraph 52 of the Complaint, Defendant denies the allegations contained therein on the basis that they do not refer to this defendant.

53. As to paragraph 53 of the Complaint, Defendant denies the allegations contained therein on the basis that they do not refer to this defendant.

54. As to paragraph 54 of the Complaint, Defendant denies the allegations contained therein on the basis that they do not refer to this Defendant.

55. As to paragraph 55 of the Complaint, Defendant denies the allegations contained therein on the basis that they do not refer to this Defendant.

56. As to paragraph 56 of the Complaint, Defendant admits and denies the allegations referred to and incorporates therein the same manner as originally admitted and denied.

57. As to paragraph 57 of the Complaint, Defendant denies the allegations contained therein.

58. As to paragraph 58 of the Complaint, Defendant denies the allegations contained therein.

59. As to paragraph 59 of the Complaint, denies committing the acts alleged and further on the basis that the paragraph requires legal conclusions.

60. As to paragraph 60 of the Complaint, Defendant denies the allegations contained therein.

61. As to paragraph 61 of the Complaint, Defendant admits and denies the allegations referred to and incorporates therein the same manner as originally admitted and denied.

62. As to paragraph 62 of the Complaint, Defendant denies the allegations contained therein.

63. As to paragraph 63 of the Complaint, Defendant admits that sexual assault is wrongful, but denies the remaining allegations based on the allegations being overbroad, vague and ambiguous. Defendant further deny all allegations in their reference to Plaintiff.

64. As to paragraph 64 of the Complaint, Defendant denies committing the acts alleged and further on the basis that the paragraph requires legal conclusions.

65. As to paragraph 65 of the Complaint, Defendant denies the allegations contained therein.

66. As to paragraph 66 of the Complaint, Defendant admits and denies the allegations referred to and incorporates therein the same manner as originally admitted and denied.

67. As to paragraph 67 of the Complaint, Defendant denies the allegations contained therein on the basis that defendant did not violate any of the rights of Plaintiff and that the United States and California Constitutions speak for themselves.

68. As to paragraph 68 of the Complaint, Defendant denies the allegations contained therein.

69. As to paragraph 69 of the Complaint, Defendant denies committing the acts alleged and further on the basis that the paragraph requires legal conclusions.

70. As to paragraph 70 of the Complaint, Defendant denies the allegations contained therein.

71. As to plaintiff's prayer for relief, Defendant denies that plaintiff should recover anything.

## AFFIRMATIVE DEFENSES
## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim against Defendant upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

The damages alleged by Plaintiff in the Complaint were not caused by any wrongful conduct on the part of Defendant, but if any such wrongful conduct is found to exist, any recovery or reward of damages must be diminished in proportion to the amount of fault attributable to Plaintiff.

## THIRD AFFIRMATIVE DEFENSE

Defendant exercised due care and diligence in all matters alleged in the Complaint, and no wrongful act by Defendant was the proximate cause of any violation of civil rights, loss or damage.

## FOURTH AFFIRMATIVE DEFENSE

Any and all acts or omissions of this answering Defendant which allegedly caused the violation of civil rights at the time and place set forth in the Complaint were in the exercise of discretion to protect public safety.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claim is barred by the applicable statutes of limitations

## SIXTH AFFIRMATIVE DEFENSE

The acts of Defendant were lawfully made in good faith by a law enforcement officer acting within the scope of his authority and with reasonable cause at the time to belief that his conduct was lawful.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claim is barred by plaintiff's failure to comply with the Tort Claims requirements of the Government Code.

## EIGHTH AFFIRMATIVE DEFENSE

The Defendant took action which might reasonably be expected of law enforcement officers of ordinary prudence, acting under similar circumstances, who desire to keep the peace and enforce the law.

## NINTH AFFIRMATIVE DEFENSE

The Defendant claims protection for his actions under the theory of qualified immunity.

WHEREFORE, this Defendant prays for judgment as to Plaintiff's Complaint and requests the award of his costs and fees in this action, and for such other and further relief as the Court may deem just and proper.

Dated: July 22, 2016

By: /s/ LUIS VALENZUELA
LUIS VALENZUELA
Defendant Pro Se

## REQUEST FOR JURY TRIAL

DEFENDANT LUIS VALENZUELA hereby requests a jury trial on all issues triable by jury as provided by Federal Rule of Civil Procedure, Rule 38(a) and (b).

Dated: July 22, 2016

By: /s/ LUIS VALENZUELA
LUIS VALENZUELA
Defendant Pro Se

**PROOF OF SERVICE**
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

<u>Jane Doe v. Luis Valenzuela et al.</u>
Case No.: CV6-2085-CAS (AGRx)

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 600 Wilshire Boulevard, Suite 1250, Los Angeles, California 90017.

On **July 22, 2016**, I served the document described as: **ANSWER OF DEFENDANT LUIS VALENZUELA TO PLAINTIFF'S COMPLAINT; REQUEST FOR JURY TRIAL** on the interested parties in the action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| Daniel S. Miller, Esq.<br>Miller Barondess, LLP<br>1999 Avenue of the Stars, Suite 1000<br>Los Angeles, CA 90067 | Dennis W. Chang, Esq.<br>The Law Offices of Dennis W. Chang, P.C.<br>1055 W. 7th Street, Suite 2800<br>Los Angeles, CA 90017 |
|---|---|

/ XXX / (BY MAIL) I placed the envelope for collection and mailing on the date shown above, at this office, in Los Angeles, California, following our ordinary business practices.

I am readily familiar with the office's practice of collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in a sealed envelope with postage fully prepaid.

// (BY FACSIMILE TRANSMISSION) I caused a true and complete copy of the document described above to be transmitted by facsimile transmission to the telephone number(s) set forth opposite the name(s) of the person(s) set forth above.

// (BY ELECTRONIC SERVICE) Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification address(es) listed above.

// (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee(s).

// (BY OVERNIGHT DELIVERY) I caused such envelope to be deposited at a station designated for collection and processing of envelopes and packages for overnight delivery service by **FEDERAL EXPRESS**. Such envelope, in the ordinary course of business, is that same day deposited in a box or other facility regularly maintained by **FEDERAL EXPRESS** to receive document(s) in an envelope or package with delivery fees paid.

/XXX/ (FEDERAL) I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **July 22, 2016** at Los Angeles, California.

_____
Stephanie K. Chin



KING NO. 45904786
7000/7019
BAUCHET ST.
ANGELES, CA 90012

CAS

CLERK OF THE COURT
U.S. DISTRICT COURT OF CALIFORNIA
312 N. SPRING ST.
LOS ANGELES, CA 90012

LEGAL MAIL

CLERK, U.S. DISTRICT COURT
RECEIVED
JUL 25 2016
CENTRAL DISTRICT OF CALIFORNIA