DANIEL S. MILLER (State Bar No. 218214)
dmiller@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 552-4400
Facsimile:   (310) 552-8400

DENNIS W. CHANG (State Bar No. 135613)
dennis@changlaw.com
THE LAW OFFICES OF DENNIS W. CHANG, P.C.
1055 West 7th Street, Suite 2800
Los Angeles, California 90017
Telephone:  (213) 553-1122
Facsimile: (213) 553-1125

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANE DOE, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>LUIS VALENZUELA, an individual;<br>JAMES NICHOLS, an individual;<br>THE CITY OF LOS ANGELES, a municipality,<br><br>        Defendants. | **CASE NO. 2:16-cv-02085-CAS (AGRx)**<br><br>**PLAINTIFF'S STATUS REPORT**<br><br>Date:    March 12, 2018<br>Time:   12:00 p.m.<br><br>[Assigned to the Hon. Christina A. Snyder and Hon. Alicia G. Rosenberg]<br><br>Action Filed:   March 28, 2016<br>Trial Date:      None Set |

Plaintiff Jane Doe ("Plaintiff") submits the following Status Report:

The parties have been waiting on resolution of the felony criminal charges pending in Los Angeles Superior Court Case No. BA444092 (the "Criminal Case") against Defendants Luis G. Valenzuela ("Valenzuela") and James C. Nichols ("Nichols") (collectively with the City of Los Angeles, "Defendants"). On February 26, 2018, Defendant Valenzuela pleaded no contest and was convicted of the following:

- Count 2 (Felony): Attempted Forcible Oral Copulation in violation of Penal Code Section 664/288a(c)(2) against Jane Doe 1 on December 16, 2008;
- Count 5 (Felony): Forcible Oral Copulation in violation of Penal Code Section 288a(c)(2) against Jane Doe 2 (Tara McMahon) in 2009;
- Count 7 (Felony): Forcible Rape in violation of Penal Code Section 261(a)(2) against **Jane Doe 3 (Plaintiff in this case)** on December 9, 2009; and
- Count 13 (Felony): Forcible Rape in violation of Penal Code Section 261(a)(2) against Jane Doe 4 on April 14, 2010.

Defendant Nichols also pleaded no contest and was convicted of the following:

- Count 2 (Felony): Attempted Forcible Oral Copulation in violation of Penal Code Section 664/288a(c)(2) against Jane Doe 1 on December 16, 2008;
- Count 5 (Felony): Forcible Oral Copulation in violation of Penal Code Section 288a(c)(2) against Jane Doe 2 (Tara McMahon) in 2009;
- Count 9 (Felony): Forcible Rape in violation of Penal Code Section 261(a)(2) against **Jane Doe 3 (Plaintiff in this case)** on December 29, 2009; and
- Count 15 (Felony): Forcible Rape in violation of Penal Code Section

261(a)(2) against Jane Doe 4 on September 1, 2010 and September 30, 2010.

Each Defendant was convicted of forcible rape of the Plaintiff *in this case*. And each Defendant was sentenced to 25 years in state prison. Attached as **Exhibit A** is a true and correct copy of the District Attorney Press Release titled, "LAPD Officers Sentenced to 25 Years in Prison for On-Duty Sexual Assaults."

Now that the Criminal Case has been resolved, Plaintiff respectfully requests that this Court lift the stay in this matter and set a trial date. Plaintiff attempted to meet and confer with Defendant City of Los Angeles but has not heard back. So Plaintiff respectfully submits this report to the Court in advance of the status conference on March 12, 2018.

DATED: March 5, 2018          MILLER BARONDESS, LLP

By:   */s/ Daniel S. Miller*
      DANIEL S. MILLER
      Attorneys for Plaintiff

**INDEX OF EXHIBITS**

| Ex. No. | Description | Pg. No. |
|---|---|---|
| A. | February 26, 2018 District Attorney Press Release titled, "LAPD Officers Sentenced to 25 Years in Prison for On-Duty Sexual Assaults" | 5-6 |

374091.2

4

Case No. 2:16-cv-02085-CAS (AGRx)
PLAINTIFF'S STATUS REPORT

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400