UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV16-2085-CAS(AGRx) | Date | June 21, 2018 |
|---|---|---|---|
| Title | *JANE DOE v. LUIS VALENZUELA; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Daniel Miller | Geoffrey Plowden |

**Proceedings:** (IN CHAMBERS) - JOINT STATUS REPORT/REQUEST FOR CONTINUANCE (Filed 06/21/2018)[60]

The Court is in receipt of the parties' Joint Status Report/Request for Continuance and resets the following dates:

Settlement Completion Cutoff: <u>August 31, 2018</u>;
Factual Discovery Cut-off: <u>September 21, 2018</u>;
Last Day to File Motions: <u>September 24, 2018</u>;
Telephone Status Conference re: Settlement **(12:00 P.M.)**: **\*<u>September 10, 2018</u>**;
Pretrial Conference/Hearing on Motions in Limine **(11:00 A.M.):** **<u>November 19, 2018;</u>** and
Jury Trial **(9:30 A.M.):** **<u>December 4, 2018</u>**.

**\*** All parties are ordered to discuss the matter with their clients and opposing counsel prior to the telephone conference. Counsel for **PLAINTIFF** is ordered to initiate the telephone conference call **THROUGH THE TELEPHONE OPERATOR** to include all counsel of record, and **CHAMBERS at (213) 894-8551** on the date and time scheduled. If the Court's conference line is busy, continue to try to connect, the Court may be finalizing a previous conference call. Counsel shall be available 30 minutes prior and 30 minutes after the time scheduled for the telephone conference. NOTE: During the telephone hearing, counsel <u>must</u> identify themselves before they speak for the benefit of the Court.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |