# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANE DOE, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LUIS VALENZUELA, an individual; JAMES NICHOLS, an individual; THE CITY OF LOS ANGELES, a municipality,<br><br>　　　　Defendants. | **CASE NO. 2:16-cv-02085-CAS (AGRx)**<br><br>**ORDER PERMITTING PLAINTIFF TO DEPOSE DEFENDANTS LUIS VALENZUELA AND JAMES NICHOLS**<br><br>Assigned to the Hon. Christina A. Snyder and Hon. Alicia G. Rosenberg<br><br>[Filed Concurrently *Ex Parte* Application and Declaration of David W. Schecter]<br><br>Action Filed:　March 28, 2016<br>Trial Date:　　December 4, 2018 |

## **ORDER**

After due consideration of Plaintiff's Unopposed *Ex Parte* Application, and for good cause shown, the Court hereby GRANTS the *Ex Parte* Application. Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), the Court hereby grants Plaintiff leave to depose Defendants Luis Valenzuela and James Nichols.

**IT IS SO ORDERED.**

Dated: August 8, 2018

*Alicia G. Rosenberg*

Hon. Alicia G. Rosenberg
United States Magistrate Judge