**MICHAEL N. FEUER**, City Attorney (111529x)
**THOMAS H. PETERS**, Chief Assistant City Attorney
**CORY M. BRENTE**, Supervising City Attorney
**GEOFFREY PLOWDEN**, Deputy City Attorney - (SBN 146602)
200 No. Main Street
6th Floor City Hall East
Los Angeles, CA 90012
email: geoffrey.plowden@lacity.org
Phone: (213) 978-7038  Fax No. (213) 978-8785

Attorneys for Defendant CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual,<br><br>*Plaintiff,*<br><br>v.<br><br>LUIS VALENZUELA, an individual; JAMES NICHOLS, an individual; THE CITY OF LOS ANGELES, a municipality,<br><br>*Defendants.* | CASE NO. CV16-02085 CAS (AGR)<br><br>**NOTICE OF UNAVAILABILITY OF DEFENDANT'S COUNSEL** |

**TO THE HONORABLE COURT, PLAINTIFF AND HIS COUNSEL:**

Please be advised that trial counsel for Defendant CITY OF LOS ANGELES is Deputy City Attorney, Geoffrey Plowden. Deputy City Attorney Plowden will be out of the office and unavailable for any appearances in this action from November 7 to December 19, 2018. Deputy City Attorney Plowden will be on medical leave during

///
///
///
///

1

that period of time.

DATED: November 6, 2018

**MICHAEL N. FEUER**, City Attorney
**THOMAS H. PETERS**, Chief Assistant City Attorney
**CORY M. BRENTE**, Supv. Assistant City Attorney

By: /s/ *Geoffrey Plowden*
**GEOFFREY PLOWDEN,** Deputy City Attorney

Attorneys for Defendant **CITY OF LOS ANGELES**