JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANE DOE, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>LUIS VALENZUELA, an individual;<br>JAMES NICHOLS, an individual;<br>THE CITY OF LOS ANGELES, a municipality,<br><br>  Defendants. | **CASE NO. 2:16-cv-02085-CAS (AGRx)**<br><br>**ORDER ON REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Assigned to the Hon. Christina A. Snyder and Hon. Alicia G. Rosenberg<br><br>Action Filed:    March 28, 2016<br>Trial Date:       December 4, 2018 |

## ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(2), this action is hereby dismissed with prejudice as to all claims, causes of action, and parties.

DATED: April 27, 2020

*/s/ Christina A. Snyder*
_____
Hon. Christina A. Snyder